IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID WHITAKER,<br><br>Defendant. | INFORMATION<br><br>CASE NO. 3:24-cr-00019<br><br>VIOLATIONS:<br>18 U.S.C. § 1343 (Two Counts)<br>18 U.S.C. § 666(a)(2) |

## INFORMATION

THE UNITED STATES CHARGES:

### COUNT ONE
*(Wire Fraud)*

Beginning in or about June 2022 and continuing until in or about May 2023, in the District of the Virgin Islands, and elsewhere, the defendant,

**DAVID WHITAKER,**

did knowingly devise a scheme to defraud or to obtain money or property by materially false or fraudulent representations or promises with the intent to defraud. In advancing, furthering, or carrying out the scheme, the defendant transmitted multiple writings, signals, or sounds by means of a wire, radio, or television communication in interstate commerce or caused the transmission of any writing, signal, or sound of some kind by means of a wire, radio or television communication in interstate commerce, to wit a wire transfer of $60,387.10 from New York to Puerto Rico on or about November 23, 2022, all in violation of Title 18, United States Code, Section 1343.

*United States v. David Whitaker*
*Information*

## COUNT TWO
*(Wire Fraud)*

In or about February 2021, in the District of the Virgin Islands, and elsewhere, the defendant,

**DAVID WHITAKER,**

did knowingly devise a scheme to defraud or to obtain money or property by materially false or fraudulent representations or promises with the intent to defraud. In advancing, furthering, or carrying out the scheme, the defendant transmitted multiple writings, signals, or sounds by means of a wire, radio, or television communication in interstate commerce or caused the transmission of any writing, signal, or sound of some kind by means of a wire, radio or television communication in interstate commerce, to wit the submission of an interstate wire communication on February 3, 2021 from a computer in the Virgin Islands through servers based in Oregon, all in violation of Title 18, United States Code, Section 1343.

## COUNT THREE
*(Bribery Concerning Programs Receiving Federal Funds)*

In each of the calendar years 2022 and 2023, the Virgin Islands Police Department (VIPD) received in excess of $10,000 from the United States government under Federal programs involving grants, subsidies, loans, guarantees, insurance, and other forms of assistance.

At all times relevant to this information, Public Official One was an agent of the VIPD.

Beginning in or about November 2022 and continuing until in or about September 2023, within the District of the Virgin Islands, and elsewhere, the defendant,

2

*United States v. David Whitaker*
*Information*

### DAVID WHITAKER,

did knowingly and corruptly give things of value to Public Official One—that is, cash payments, trips, and business supplies—with the intent to influence Public Official One in connection with a business, transaction, or series of transactions of the VIPD that involved $5,000 or more. All in violation of Title 18, United States Code, Section 666(a)(2).

### FORFEITURE NOTICE

1. The allegations in Counts One, Two and Three of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(2)(A).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 666 (a)(2) and/or 1343, in Counts One, Two and Three of this Information, the defendant, David Whitaker shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s).

3. If any property constituting, or derived from, proceeds obtained, directly or in directly, as a result of the violation(s) charged in Counts One, Two or Three of this Information cannot be located or recovered, the government is entitled to a money judgment in the amount of not less that $196,195, and a maximum of $666,098 representing the total proceeds that defendant David Whitaker controlled, obtained, or attributable to defendant David Whitaker as a result of the fraud schemes charged in Counts One, Two or Three of this Information.

4. If any of the property as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

*United States v. David Whitaker*
*Information*

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(l) and Title 28, United States Code, Section 2461(c). All pursuant to 18 U.S.C. Sections 982(a)(2)(A), 981(a)(1)(C), and 28 U.S.C. 2461(c).

Dated: September 3, 2024

        DELIA L. SMITH
        United States Attorney

By: *[signature]*
Michael Conley
Assistant United States Attorney
District of the Virgin Islands
(340) 715-9492
Michael.Conley@usdoj.gov

Dated: September 3, 2024

        COREY R. AMUNDSON
        Chief
        Public Integrity Section

By: *[signature]*
Alexandre M. Dempsey
Steven I. Loew
Trial Attorneys